1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   LANCE WILLIAMS,                          | Case No. 1:22-cv-00095-SKO (PC)

12                       Plaintiff,

                                              | **ORDER TO SUBMIT APPLICATION
13           v.                                 TO PROCEED *IN FORMA PAUPERIS*
                                                OR PAY FILING FEE**
14   A. NOCHA, et al.,

15                       Defendants.           | 45-DAY DEADLINE

16

17           Plaintiff has not paid the $402 filing fee for this action or submitted an application to

18   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date

19   of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma*

20   *pauperis*, completed and signed, or, in the alternative, pay the filing fee for this action. No

21   requests for an extension of time will be granted without a showing of good cause. **Failure to**

22   **comply with this order will result in a recommendation that this action be dismissed.**

23

24   IT IS SO ORDERED.

25   Dated:   **January 27, 2022**                       /s/ *Sheila K. Oberto*

26                                              UNITED STATES MAGISTRATE JUDGE

27

28