UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. NOCHA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00095-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST**<br><br>21-DAY DEADLINE |

       Plaintiff Lance Williams is a state prisoner proceeding *pro se* in this action brought pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff admits that he has failed to file an administrative grievance regarding his claims. (Doc. 1 at 3, 4.)

       The Prison Litigation Reform Act (PLRA) provides that "[n]o action shall be brought with respect to prison conditions under . . . any other Federal law . . . by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Exhaustion of administrative remedies is mandatory and "unexhausted claims cannot be brought in court." *Jones v. Bock*, 549 U.S. 199, 211 (citation omitted). The exhaustion requirement applies to all inmate suits relating to prison life, *Porter v. Nussle*, 534 U.S. 516, 532 (2002), regardless of the relief sought by the prisoner or offered by the administrative process, *Booth v. Churner*, 532 U.S. 731, 741 (2001). Inmates are required to "complete the administrative review process in accordance with the applicable procedural rules,

1  including deadlines, as a precondition to bringing suit in federal court." *Woodford v. Ngo*, 548
2  U.S. 81, 88, 93 (2006). Generally, failure to exhaust is an affirmative defense that the defendant
3  must plead and prove. *Jones*, 549 U.S. at 204, 216. However, courts may dismiss a claim if
4  failure to exhaust is clear on the face of the complaint. *See Albino v. Baca*, 747 F.3d 1162, 1166
5  (9th Cir. 2014).

6   Here, Plaintiff failed to exhaust administrative remedies prior to filing suit. Accordingly,
7  the Court ORDERS Plaintiff, **within 21 days** of the date of service of this order, to show cause in
8  writing why this action should not be dismissed for his failure to exhaust. Alternatively, Plaintiff
9  may file a notice of voluntary dismissal. Failure to comply with this order will result in a
10  recommendation that this action be dismissed.

12  IT IS SO ORDERED.

13  Dated:    **February 1, 2022**                    /s/ *Sheila K. Oberto*
14                                       UNITED STATES MAGISTRATE JUDGE