UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>            Plaintiff,<br><br>        v.<br><br>A. NOCHA, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00095-SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF CORRECTION**<br><br>(Doc. 15)<br><br>**Clerk of the Court to Assign District Judge** |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On May 13, 2022, Plaintiff filed a document docketed as a notice of correction. (Doc. 15.) Plaintiff alerts the Court to an error concerning the name appearing in the caption for this matter. Plaintiff contends the correct "name is A. Rocha" rather than "A. Nocha," as reflected above. (*Id.*) Plaintiff asks the Court to correct the error "for all future filings and for any service purposes."[1] (*Id.*)

---

[1] Plaintiff's complaint has not yet been screened pursuant to 28 U.S.C. § 1915A(a). His complaint will be screened in due course.

Local Rule 133(g)(2) provides that "the title of the action" shall appear in the caption. Here, Plaintiff is requesting the title of the action be corrected. Plaintiff indicates the first defendant identified in his complaint is A. Rocha, rather than A. Nocha. A review of the handwritten complaint filed December 16, 2021 (Doc. 1), reveals Plaintiff's upper case "R" has been mistaken for an upper case "N."[2]

The undersigned notes in the Order Granting Plaintiff's Motion to Proceed *In Forma Pauperis* issued March 31, 2022, the Court referenced and identified the named defendants as "Rocha," Florez, and Magallanes. (*See* Doc. 14 at 2-4.)

There is good cause to correct the caption in this action, and a separate order will issue from a District Judge to be assigned to this action, directing the Clerk of the Court to correct the caption.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's document filed May 13, 2022 and designated a "Notice of Correction" is GRANTED insofar as the Court agrees the caption should be corrected to reflect the proper spelling of the surname of the first named defendant, to wit: A Rocha; and

2. The Clerk of the Court is DIRECTED to assign this action to District Judge.

IT IS SO ORDERED.

Dated:   **May 16, 2022**                     /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

---

[2] This action as originally filed in the Sacramento division of this Court; it was transferred to the Fresno division on January 24, 2022. (Doc. 5.)

2