UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>A. NOCHA, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00095-AWI-SKO (PC)<br><br>**ORDER TO RECAPTION CASE AND CORRECT SPELLING OF DEFENDANT'S NAME** |

This action proceeds against Defendants A. Rocha, H. Florez, and E. Magallanes. (*See* Doc. 17.) The caption currently reflects an incorrect spelling of Defendant A. Rocha's surname. Therefore, the caption should be recaptioned to correct the spelling of Defendant A. Rocha's name.

Accordingly, the caption for this case shall be reflected as above and the Clerk of the Court is directed to correct Defendant A. Rocha's name on the docket.

IT IS SO ORDERED.

Dated:   May 18, 2022                                  _____
                                                                             SENIOR DISTRICT JUDGE