1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | LANCE WILLIAMS,                          Case No. 1:22-cv-00095-AWI-SKO (PC)
12 |              Plaintiff,                  **ORDER REGARDING PLAINTIFF'S NOTICE OF APRIL 3, 2023**
13 |     v.
14 | A. NOCHA, et al.,                        (Doc. 23)
15 |              Defendants.

16
17    Plaintiff Lance Williams is a former state prisoner proceeding *pro se* in this action brought
18 pursuant to 42 U.S.C. § 1983.
19    On April 3, 2023, this Court issued its Order Granting Motion for Extension of Time
20 Within Which to File First Amended Complaint (Doc. 22) following Plaintiff's request of March
21 31, 2023 (Doc. 21) seeking a 30-day extension. That same date, yet after the Court's order issued,
22 Plaintiff's document titled "Notice to court" was docketed and filed with the Court. (Doc. 23.)
23 Plaintiff's notice states he "will not file amended complaint and will proceed on the current
24 claims and rescinds extension request and motion request of filing new amended complaint." (*Id.*)
25    Considering Plaintiff's recent notice indicating his election to proceed only on the claims
26 found cognizable by the Court after screening,[1] Plaintiff is no longer obligated to file a first

---

[1] The Court found Plaintiff's complaint stated the following cognizable claims: excessive force against Defendants Rocha (Claim I) and Florez (Claims I & II); failure to protect against Defendants Rocha (Claim I), Florez (Claim I) and Magallanes (Claim II); deliberate indifference to serious medical needs

amended complaint. Rather, the Court will issue separate findings and recommendations to dismiss the remaining non-cognizable claims asserted in Plaintiff's complaint. After the assigned district judge has issued a ruling on those findings, and if the findings are adopted, the Court will then issue an order concerning service of the complaint.

IT IS SO ORDERED.

Dated:     **April 4, 2023**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

---

against Defendants Rocha and Florez (Claim I); and retaliation against Defendants Rocha (Claim I) and Florez (Claims I & III). Additionally, the Court determined the remaining claims were not cognizable.