UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. ROCHA, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00095-ADA-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS** |

Plaintiff Lance Williams is a former state prisoner proceeding *pro se* in this action brought pursuant to 42 U.S.C. § 1983.

### I.    RELEVANT PROCEDURAL BACKGROUND

On March 10, 2023, this Court issued its First Screening Order. (Doc. 20.) The Court found Plaintiff's complaint stated cognizable Eighth Amendment claims against Defendants Rocha, Florez, and Magallanes, and First Amendment claims against Defendants Rocha and Florez, but failed to state any other cognizable claims for relief against any other defendant. (*Id*. at 7-13.) Plaintiff was given 21 days to elect one of the following options: (1) file a first amended complaint curing the deficiencies identified in the order; (2) notify the Court of his willingness to proceed *only* on the claims found cognizable by the Court; or (3) file a notice of voluntary dismissal. (*Id*. at 13-14.)

//

On April 3, 2023, Plaintiff filed notice electing to proceed only on the claims found cognizable by the Court. (*See* Doc. 23.)

## II.     FINDINGS AND RECOMMENDATIONS

Accordingly, and for the reasons set forth in the Court's First Screening Order (Doc. 20), the Court **RECOMMENDS** that:

1. This action PROCEED on Plaintiff's Eighth Amendment excessive force claims against Defendants Rocha (Claim I) and Florez (Claims I & II), failure to protect claims against Defendants Rocha (Claim I), Florez (Claim I) and Magallanes (Claim II), and deliberate indifference to serious medical needs claims against Defendants Rocha and Florez (Claim I), and Plaintiff's First Amendment retaliation claims against Defendants Rocha (Claim I) and Florez (Claims I & III); and
2. The remaining claims in Plaintiff's complaint be DISMISSED.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **April 18, 2023**                          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE