UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>  Plaintiff,<br><br> v.<br><br>A. ROCHA, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00095-AWI-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(ECF No. 26) |

Plaintiff Lance Williams ("Plaintiff") is a former state prisoner proceeding *pro se* in this action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2023, the Magistrate Judge recommended this action should proceed on Plaintiff's Eighth Amendment excessive force claims against Defendants Rocha (Claim I) and Florez (Claims I & II), failure to protect claims against Defendants Rocha (Claim I), Florez (Claim I) and Magallanes (Claim II), deliberate indifference to serious medical needs claims against Defendants Rocha and Florez (Claim I), and Plaintiff's First Amendment retaliation claims against Defendants Rocha (Claim I) and Florez (Claims I & III). (ECF No. 26.) The Magistrate Judge also recommended that the remaining claims be dismissed. (*Id*.) Plaintiff was afforded fourteen days within which to file any objections. (*Id*.) No objections have been filed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on April 18, 2023, (ECF No. 26), are ADOPTED in full;
2. This action PROCEEDS on the following claims:
    a. Eighth Amendment excessive force claims against Defendants Rocha (Claim I) and Florez (Claims I & II);
    b. Eighth Amendment failure to protect claims against Defendants Rocha (Claim I), Florez (Claim I), and Magallanes (Claim II);
    c. Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Rocha and Florez (Claim I); and
    d. First Amendment retaliation claims against Defendants Rocha (Claim I) and Florez (Claims I & III);
3. The remaining claims in Plaintiff's complaint, (ECF No. 1), are DISMISSED; and
4. The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   June 30, 2023

_____
UNITED STATES DISTRICT JUDGE

2