UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>             Plaintiff,<br><br>    v.<br><br>A. ROCHA, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00095-KES-SKO (PC)<br><br>**ORDER DIRECTING THE PARTIES TO PARTICIPATE IN A SETTLEMENT CONFERENCE IN THIS ACTION**<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO FILE A STATUS REPORT WITHIN TEN (10) DAYS** |

Plaintiff Lance Williams is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Florez, Magallanes and Rocha for violations of the First and Eighth Amendments.

**I.    RELEVANT BACKGROUND**

The Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days on November 6, 2023. (Doc. 35.) When Defendants filed notice indicating they did not believe an early settlement conference would be productive, the Court lifted the stay of the proceedings and directed the Clerk of the Court to issue a scheduling order. (Doc. 42.)

The Court issued its Discovery and Scheduling Order on December 21, 2023 (doc. 43), and the deadline for the filing of dispositive motions was July 22, 2024 (i*d*. at 1, 3).  No dispositive motions were filed and the deadline for doing so has now passed.

## II. DISCUSSION

Because the parties have not previously engaged in a settlement conference in this action and discovery has now closed, they will be ordered to do so. The Court proposes the following four options for a telephonic pre-settlement conference and corresponding settlement conference via Zoom videoconferencing:

| Telephonic Pre-Settlement Conference | Settlement Conference |
|---|---|
| 1. October 1, 2024, at 4:00 p.m. | October 8, 2024, at 10:30 a.m. |
| 2. October 17, 2024, at 4:00 p.m. | October 24, 2024, at 10:30 a.m. |
| 3. October 23, 2024, at 4:00 p.m. | October 29, 2024, at 10:30 a.m. |
| 4. October 24, 2024, at 4:00 p.m. | October 31, 2024, at 10:30 a.m. |

Defense counsel shall contact Plaintiff to select an agreed upon date for a telephonic pre-settlement conference and corresponding settlement conference via videoconferencing. Counsel shall then file a status report with the Court indicating the dates selected and confirming that Plaintiff has the capability to participate in the telephonic pre-settlement conference and settlement conference via Zoom videoconferencing.[1]

## III. CONCLUSION AND ORDER

Based upon the above, **IT IS HEREBY ORDERED** that:

1. The parties are **DIRECTED** to participate in a settlement conference; and
2. Defense counsel **SHALL** contact Plaintiff and file a status report, as outlined above, **within ten (10) days** of the date of this order.

IT IS SO ORDERED.

Dated:   **August 14, 2024**                         /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes Plaintiff's address of record with the Court is P.O. Box 570034, Tarzana, California 91357. (*See* Docket & Doc. 19.) That address does not appear to be affiliated with any California Department of Corrections and Rehabilitation (CDCR) facility. Further, the CDCR's California Incarcerated Records and Information Search (CIRIS) tool reveals that a search of Plaintiff's CDCR number AG2394 provides "No Results." https://apps.cdcr.ca.gov/ciris/results?cdcrNumber=AG2394, as of 8/14/2024.