UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ROCHA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00095-KES-SKO (PC)<br><br>**ORDER CONSTRUING MOTION TO DISMISS AS MOTION FOR VOLUNTARY DISMISSAL**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>(Doc. 57) |

Plaintiff Lance Williams is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Florez, Magallanes and Rocha for violations of the First and Eighth Amendments.

**I.　　PROCEDURAL BACKGROUND**

The Court issued its Discovery and Scheduling Order on December 21, 2023. (Doc. 43.) On August 27, 2024, the Court issued its "Order Setting Settlement Conference and Procedures," setting the matter for a settlement conference on October 8, 2024. (Doc. 47.)

On August 29, 2024, the Court issued its "Order Setting Pretrial Conference and Jury Trial and Associated Deadlines." (Doc. 48.) A pretrial conference was set for December 9, 2024, and a jury trial for February 11, 2025, before District Judge Kirk E. Sherriff. (*Id*.)

Following a telephonic pre-settlement conference on October 1, 2024, the settlement conference set for October 8, 2024, was vacated and continued to January 9, 2025, to allow the parties to continue to meet and confer regarding settlement. (*See* Docs. 53 [minute order] & 54 [Amended Order Setting Settlement Conference and Procedures].[1])

On October 9, 2024, the Court issued its "Order Denying Plaintiff's Motion to Reinstate Discovery." (Doc. 55.) On November 4, 2024, Plaintiff filed a document titled "Motion to Dismiss WITHOUT PREJUDICE." (Doc. 57.) On November 6, 2024, Defendant filed a notice of non-opposition to Plaintiff's motion. (Doc. 58.)

**II.    DISCUSSION**

Plaintiff seeks a dismissal of this action without prejudice "due to unforeseen circumstances." (Doc. 57.) The motion does not reference any rule of procedure.

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation & citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id*. at 1078.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) further provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

A party may also dismiss an action by filing a motion requesting the Court to dismiss the action. Fed. R. Civ. P. 41(a)(2). Unless indicated otherwise, the dismissal is without prejudice. *Id*. A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court. *Hamilton v. Firestone Tire & Rubber Co. Inc*., 679 F.2d 143, 145 (9th Cir. 1982).

Here, because Defendants have appeared in this action, the Court construes Plaintiff's

---

[1] A "Second Amended Order Setting Settlement Conference and Procedures" issued November 4, 2024. No dates or deadlines were changed; the order corrected the dial in number and access information concerning the telephonic pre-settlement conference only. (*See* Doc. 56.)

2

November 4, 2024, filing as a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court will grant Plaintiff's unopposed motion. *Hamilton*, 679 F.2d at 145.

### III. CONCLUSION AND ORDER

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to dismiss filed November 4, 2024, is construed to be a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;
2. Plaintiff's unopposed motion seeking voluntary dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. 57) is **GRANTED**;
3. This action is **DISMISSED** without prejudice; and
4. The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  **November 6, 2024**          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE